STATE OF CONNECTICUT *v.* RANDAL LICARI

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 633 (AC 28735), is denied.

*Raymond L. Durelli*, special public defender, in support of the petition.

*Frederick W. Fawcett*, special assistant state's attorney, in opposition.

Decided September 17, 2009